UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Temujin Kensu,

    Plaintiff,

v.

Michigan Department of Corrections,
et al,

    Defendants.

Case No: 18-10175
Hon. Gershwin A. Drain
Mag. Judge David R. Grand

EXCOLO LAW, PLLC
Solomon M. Radner (P73653)
Keith L. Altman (P81702)
Attorneys For Plaintiff
26700 Lahser Road, Suite 401
Southfield, MI  48033
866-939-2656
866-571-1020 Fax  (Radner)
516-456-5885
951-303-1222 Fax  (Altman)
Sradner@excololaw.com
Kaltman@lawampmmt.com

PLUNKETT COONEY
Rhonda R. Stowers (P64083)
Attorneys For Def. Aramark
111 E. Court Street, Suite 1B
Flint, MI 48502
810-342-7003   (810) 232-3159 Fax
rsrstowers@plunkettcooney.com

## **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC ONLY**

NOW COME the above-named parties, as indicated by their representative signatures below, and hereby stipulate and agree that this

1

matter may be dismissed in its entirety, with prejudice and without costs, as to Defendant Aramark Correctional Services, LLC, only.


/s/ Keith Altman (with permission)　　　/s/ Rhonda R. Stowers
SOLOMON M. RADNER (P73653)　　　RHONDA R. STOWERS (P64083)
KEITH L. ALTMAN (P81702)　　　　　　Plunkett Cooney
Attorneys for Plaintiff　　　　　　　　　　Attorney for Defendant Aramark

Dated: 9/23/20　　　　　　　　　　　　Dated: 9/28/20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Temujin Kensu,

    Plaintiff,

                                                      Case No: 18-10175
                                                      Hon. Gershwin A. Drain

v.                                                    Mag. Judge David R. Grand

Michigan Department of Corrections,
et al,

    Defendants.

---

| | |
|---|---|
| EXCOLO LAW, PLLC | PLUNKETT COONEY |
| Solomon M. Radner (P73653) | Rhonda R. Stowers (P64083) |
| Keith L. Altman (P81702) | Attorneys For Def. Aramark |
| Attorneys For Plaintiff | 111 E. Court Street, Suite 1B |
| 26700 Lahser Road, Suite 401 | Flint, MI 48502 |
| Southfield, MI 48033 | 810-342-7003   (810) 232-3159 Fax |
| 866-939-2656 | rsrstowers@plunkettcooney.com |
| 866-571-1020 Fax  (Radner) | |
| 516-456-5885 | |
| 951-303-1222 Fax  (Altman) | |
| Sradner@excololaw.com | |
| Kaltman@lawampmmt.com | |

---

### ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC

1

IT IS HEREBY ORDERED that all claims asserted in this matter against Defendant Aramark Correctional Services, LLC and any and all claims that were, could or should have been brought in this litigation as against Defendant Aramark Correctional Services, LLC are hereby dismissed with prejudice and without costs.

This Order dismisses all claims in this matter with prejudice against Defendant Aramark Correctional Services, LLC, only, and does not close this case.

s/Gershwin A. Drain  
GERSHWIN A. DRAIN  
U.S. District Court Judge

Dated: 9/28/2020

Open.25255.80663.24957931-1

2