# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Temujin Kensu,

    *Plaintiff*,                                      Case No. 18-cv-10175

v.                                                  Hon. Gershwin A. Drain

Michigan Department of Corrections, *et al.*,

    *Defendants*.

_____/

## **STIPULATED ORDER FOR EXTENSION OF DISCOVERY DATES**

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel, that, subject to the approval of the Court, the current scheduling order be adjusted as proposed below. The parties are mindful that this is not the first request for an extension, but given the COVID situation, compliance with discovery has been difficult and Plaintiff's ability to access his client during the necessary prison lockdowns has been limited. The parties continue to work in a cooperative manner.

The following are proposed dates:

| Description | Current Date | New Date |
| --- | --- | --- |
| Parties to respond to existing discovery demands |  | January 31, 2021 |
| Discovery cutoff (Including Expert Discovery) | December 1, 2020 | January 31, 2021 |
| Dispositive Motion Cutoff | January 11, 2021 | March 1, 2021 |

1

| Responses to Dispositive Motion(s) due: | February 11, 2021 | May 3, 2021 |
|---|---|---|
| Replies to Dispositive Motion(s) due: | February 25, 2021 | May 17, 2021 |
| Facilitation before Magistrate Grand must occur during | March 2021 | June 2021 |
| Motions *in Limine* due: | April 13, 2021 | July 5, 2021 |
| Final Pretrial Order | April 13, 2021 | July 5, 2021 |
| Final Pretrial Conference | April 27, 2021 at 2:30 p.m. | July 19, 2021 at 2:00 p.m. |
| Trial Date: | May 11, 2021 at 9:00 a.m. | August 3, 2021 at 9:00 a.m. |

STIPULATED AND AGREED:

THE LAW OFFICE OF
KEITH ALTMAN

By:  */s/ Keith L. Altman*
Keith L. Altman (P81702)
*Attorney for Plaintiff*
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
516-456-5885
kaltman@lawampmmt.com

Dated: January 7, 2021

By:  */s/ James T. Farrell*
James T. Farrell (P35400)
*Attorney for MDOC Defendants*
P. O. Box 30736
Lansing, MI 48909

By:  */s/ Bradford S. Moyer*
Bradford S. Moyer (P51451*)*
*Attorney for Defendant Trinity*
950 Trade Centre Way, Ste 310
Kalamazoo, MI 49002

2

| | |
|---|---|
| (517) 335-3055 | (269) 382-5935 |
| farrellj@michigan.gov | bmoyer@plunkettcooney.com |
| Dated: January 7, 2021 | Dated: January 7, 2021 |

**SO ORDERED.**

Dated: January 8, 2021                     s/Gershwin A. Drain_____
                                                                  Hon. Gershwin A. Drain
                                                                  United States District Judge