UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,   Case No. 18-10175
   Honorable Gershwin A. Drain
   Plaintiff,   Magistrate Judge David R. Grand

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.,

   Defendant(s).
_____/

**NOTICE OF SETTLEMENT CONFERENCE_VIA ZOOM**

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Tuesday, June 8, 2021 at 9:30a.m.** before U.S. Magistrate Judge David R. Grand via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Friday, June 4, 2021, at 4:30 p.m.**  Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket.  An email will be sent to counsel of record with zoom instructions.*

Dated:  March 2, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 2, 2021, by electronic and/or ordinary mail.

                             s/Eddrey O. Butts
                            Case Manager, (734) 741-2484